IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30435
(Summary Calendar)
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALFRED HENRY, JR.,

Defendant-Appellant.



- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Louisiana
(USDC No. 93-CR-20001)
- - - - - - - - - -
December 7, 1995
Before WIENER, PARKER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Appellant appeals his conviction and sentence for possession of a machinegun in relation to a drug trafficking crime. He argues that he was entitled to downward departures for providing substantial assistance to the Government and for reduced mental capacity and that the Government breached the plea agreement. We have reviewed the record and the reasoning of the district court and find no reversible error. Thus, essentially for the reasons

_____

[*]     Local Rule 47.5 provides:  "The publication of opinions that have no precedential value and merely decide particular cases on the basis of well-settled principles of law imposes needless expense on the public and burdens on the legal profession."  Pursuant to that Rule, the court has determined that this opinion should not be published.

stated orally by the district court at the hearing held on April 27, 1995, and in the written ruling issued the same day, the conviction and sentence are

AFFIRMED.